**Charles W. RENTSCHLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69730.**

Missouri Court of Appeals,
Western District.

Dec. 23, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 27, 2009.

Appellant Acting Pro Se, Bowling Green, MO, for appellant.

Michael Joseph Spillane, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Appellant Charles Rentschler and Vincent Childers appeal from the circuit court's entry of judgment dismissing their declaratory judgment action for failure to state a claim. We affirm. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. Rule 84.16(b)